**Federal Defenders**
OF NEW YORK, INC.

MEMO ENDORSED

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 4, 2020

**By ECF**

Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Aaron Harden**, 20 Cr. 529 (LAK)

Dear Judge Kaplan,

The above captioned matter is currently scheduled for a status conference on January 28, 2021 and the Court has set a pre-trial motions filing deadline of January 4, 2021.

The parties are engaged in discussions regarding a pre-trial disposition and expect that a resolution short of trial will be reached. As such, I write, with the consent of the Government, to postpone the deadline for filing pre-trial motions and request that the Court set a new motion schedule at the next conference date if, by then, a pre-trial disposition has not been reached.

Respectfully submitted,

/s/ Amy Gallicchio
Amy Gallicchio
Assistant Federal Defender
O: (212) 417-8728
M: (917) 612-3274

cc: AUSA Rebecca Dell

Denied without prejudice to renewal at 1/28/21 conference.

SO ORDERED

LEWIS A. KAPLAN, USDJ
1/15/21